IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL COX,** | : | No. 3:15cv2013 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **UNITED PARCEL SERVICE, INC.,** | : | |
| **LOCAL UNION 401, INTERNATIONAL** | : | |
| **BROTHERHOOD OF TEAMSTERS** | : | |
| **Defendants,** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 18th day of August 2016, Defendant Local Union 401, International Brotherhood of Teamsters's motion to dismiss Count II of plaintiff's complaint (Doc. 18) is **DENIED**. This defendant is further **ORDERED** to answer plaintiff's complaint within fourteen (14) days.

BY THE COURT

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**